McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

DEC 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Criminal Complaint Against: | CASE NO. 2:19 MJ 227 DB |
|---|---|
| QUYNHMY QUOC YAMAMOTO | SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 12-17-19

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

SEALING ORDER