McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

FILED

DEC 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the matter of the criminal complaint against:

QUYNHMY QUOC YAMAMOTO

Case No. 2:19-MJ-227 DB

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT

The government's motion to unseal the above-referenced case, keep the unredacted complaint and affidavit sealed, and file a redacted copy of the sealed complaint is GRANTED.

IT IS SO ORDERED.

DATED: 12-19-19

_____
DEBORAH BARNES
United States Magistrate Judge

1