**FILED**

December 20, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> QUYNHMY QUOC YAMAMOTO, ) <br> ) <br> Defendant. ) | Case No. 2:19-MJ-00227-DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>QUYNHMY QUOC YAMAMOTO</u>, Case No. <u>2:19-MJ-00227-DB</u>, Charge <u>21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 20, 2019</u> at <u>3:10</u> <u>pm</u>..

                                                                      By   /s/ Deborah Barnes
                                                                      Deborah Barnes
                                                                      United States Magistrate Judge