PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>QUYNHMY QUOC YAMAMOTO,<br><br>　　　　　　　　Defendant. | CASE NO.  2:20-CR-00005-DAD-2<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the following documents shall shall be SEALED until further order of this Court:

　　1.　The government's two-page sentencing memorandum supplement; and

　　2.　The government's request to seal documents.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the government's request, sealing the government's sentencing memorandum supplement serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of its request to seal, the

Court further finds that there are no additional alternatives to sealing the government's sentencing memorandum supplement that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: **November 8, 2023**

　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE