MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for QUYNHMY QUOC YAMAMOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:20-cr-00005-DAD-2 |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) EXONERATING Ms. QYUNHMY |
| | ) YAMAMOTO's UNSECURED |
| | ) APPEARANCE BOND |
| QUYNHMY QUOC YAMAMOTO, | ) [ECF document 14] |
| | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

     On November 14, 2023, defendant Quynhmy Quoc Yamamoto was sentenced to a term of 15 months in prison.  On May 28, 2024, Ms. Yamamoto self-surrendered to her designated Bureau of Prisons facility in Victorville, California.  Because Ms. Yamamoto is in custody to serve her prison sentence, the government, by and through AUSA Jason Hitt, and Defendant Quynhmy Quoc Yamamoto, by and through her appointed CJA attorney Michael Long, hereby stipulate that Ms. Yamamoto's unsecured $50,000 appearance bond (ECF document 14, signed by Ms. Yamamoto and her sister, Dieumy Yamamoto) should be exonerated.

| | | |
|---|---|---|
| 12/20/2019 | 9 | MINUTES (Text Only) for proceedings before Magistrate Judge Deborah Barnes: DETENTION HEARING as to Quynhmy Quoc Yamamoto held on 12/20/2019. Govt did move for detention. Defense request court follow PTS recommendation. After hearing, the Court ordered defendant released on a $50,000 unsecured bond co-signed by dft and sister, Dieumy Yamamoto, with Pretrial Service supervision, and conditions. Defendant shall comply with all standard and special conditions of release as stated on the record in open court. |

| | | |
|---|---|---|
| 12/20/2019 | 14 | UNSECURED BOND in the amount of $50,000.00 (co-signed) as to Quynhmy Quoc Yamamoto. (York, M) [2:19-mj-00227-DB] (Entered: 12/26/2019) |
| 12/20/2019 | 15 | NOTICE to DEFENDANT BEING RELEASED as to Quynhmy Quoc Yamamoto. (York, M) [2:19-mj-00227-DB] (Entered: 12/26/2019) |

Dated: May 31, 2024                    Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Ms. Yamamoto

Dated: May 31, 2024                    PHILLIP TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Ms. Yamamoto's unsecured appearance bond (ECF document 14) is hereby exonerated.

IT IS SO ORDERED.

Dated:  **June 3, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-2-